UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, JR., | **1:17-cv-01705-LJO-JLT (PC)** |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS SECOND AMENDED COMPLAINT WITH PREJUDICE** |
| v. | |
| MEDINA, et al., | **(Doc. 25)** |
| Defendants. | **CLERK TO CLOSE CASE** |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 18, 2019, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed December 18, 2019, are adopted in full;

2. Plaintiff's second amended complaint is dismissed with prejudice;

3. All pending motions shall be termed;

4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **January 8, 2020**                    **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE

2